UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DEBORAH BELEMONTI et. al.

Plaintiff(s),

Case No. 13-11608

v.

Judge Thomas L. Ludington

JOHN HARMON, GARY L. DESHANO &
GLD MANAGMENT COMPANY

Magistrate Judge

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __GLD Management Company__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐        No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐        No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: __May 13, 2013__

Signature
P60379
Bar No.
155 N. Plymouth Road, P.O. Box 6220
Street Address
Saginaw, MI 48608-6220
City, State, Zip Code
(989) 793-8300
Telephone Number
bbell@cdglaw.com
Primary Email Address